**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SEPTEMBER BARON,<br><br>     Plaintiff,<br><br>     v.<br><br>ORANGE COUNTY HOUSING AUTHORITY, et al.,<br><br>     Defendants. | No. 8:26-cv-00103-JGB-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    Claim One is dismissed without leave to amend as to Defendants OCHA, Jaylynn Forest, and Linda Ngo.

3.    Claim Two is dismissed in its entirety without leave to amend

4.    The Court Clerk shall serve this Order on all counsel or parties of record.


DATED:  May 20, 2026

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2