**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

SEPTEMBER BARON,

Plaintiff,

v.

ORANGE COUNTY HOUSING AUTHORITY, et al.,

Defendants.

No. 8:26-cv-00103-JGB-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Entry of Partial Judgment (ECF 39) and the Magistrate Judge's Report and Recommendation. No objections were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Plaintiff' Motion for Entry of Partial Judgment (ECF 39) is **denied.**

3. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: August 31, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE